# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

In re Marquis Software Solutions

## ORDER

Pursuant to Local Civil Rule 42(b), and with the consent of the affected judges, the cases listed below are reassigned to the Honorable Amos L. Mazzant, III, as related cases to No. 4:25-cv-1377-ALM:

- *Robinson v. Marquis Software Solutions, Inc. et al.*, No. 4:25-cv-01306-JCB
- *Anstett v. Marquis Software Solutions, Inc. et al.*, No. 4:25-cv-01334-JCB
- *Tibbetts v. Marquis Software Solutions, Inc. et al.*, No. 4:25-cv-01348-JCB

*So ordered by the court on December 15, 2025.*

J. CAMPBELL BARKER
United States District Judge